1
2
3
4
5
6
7
8
9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11
12  CARLOS GOMEZ,                    )   Case No. ED CV 12-1010 DOC (MRW)
13                    Petitioner,    )
14              vs.                  )   JUDGMENT
15  GREG LEWIS, Warden,              )
16                    Respondent.    )
17  _____  )
18
19      Pursuant to the Order Accepting Findings and Recommendations of the
United States Magistrate Judge,
20
        IT IS ADJUDGED that the petition is denied and this action is dismissed
21
with prejudice.
22
23  DATE:  January 30, 2013          _____
24                                   HON. DAVID O. CARTER
25                                   UNITED STATES DISTRICT JUDGE
26
27
28